UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY GATTINERI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-cv-11229-ADB |
| ) | |
| WYNN MA, LLC and WYNN ) | |
| RESORTS, LIMITED ) | |
| ) | |
| Defendants. ) | |
| ) | |
| WYNN MA, LLC, ) | |
| ) | |
| Plaintiff-in-Counterclaim, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTHONY GATTINERI, ) | |
| ) | |
| Defendant-in-Counterclaim. ) | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Plaintiff, Anthony Gattineri, and his undersigned counsel certify that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L. R. 16.4.

| | |
|---|---|
| Anthony Gattineri, Plaintiff/Defendant-in-Counterclaim, | Plaintiff's Counsel: |
| /s/ Anthony Gattineri | /s/ Stephen F. Gordon |
| Anthony Gattineri | Stephen F. Gordon (BBO No. 203600) |
| | Todd B. Gordon (BBO No. 652482) |
| | Robert A. DiSorbo (BBO No. 699357) |

The Gordon Law Firm LLP<br>
River Place<br>
57 River Street<br>
Wellesley, MA 02481<br>
Tel:   (617) 261-0100<br>
Fax:   (617) 261-0789<br>
Email: sgordon@gordonfirm.com<br>
tgordon@gordonfirm.com<br>
rdisorbo@gordonfirm.com

Dated: October 17, 2018

## CERTIFICATE OF SERVICE

    I, Stephen F. Gordon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2018.

/s/ Stephen F. Gordon<br>
Stephen F. Gordon (BBO No. 203600)

P:\Clients-GLF\Gattineri, A (Wynn Casino)\Plead\Certification per Local Rule 16 1(D)(3).docx